FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
3:99cr29LAC - UNITED STATES OF AMERICA vs. JEAN CLAUDE JONASSAINT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.3:99cr29LAC

JEAN CLAUDE JONASSAINT

_____

## ORDER

Your document, **MOTION TO PRODUCE**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies.

DONE and ORDERED this 23rd day of July, 2007.

                                *s/L.A. Collier*
                                LACEY A. COLLIER
                                SENIOR UNITED STATES DISTRICT JUDGE