**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO. 3:99CR29 LAC

JEAN CLAUDE JONASSAINT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    MAY 13, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE   on 5/12/08   Doc.# 211

RESPONSES:
BY GOVERNMENT   on 5/16/08   Doc.# 212
OBJECTION BY DEFT PRO SE   on 5/30/08   Doc.# 214

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                                              WILLIAM M. McCOOL, CLERK OF COURT

                                                              s/Mary Maloy
LC (1 OR 2)                                    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for 163.36 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendments 706, 711 and 715 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendments 706, 711 and 715.*

                                                       s/L.A. Collier
Entered On Docket: _____ By: ___     ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   ***Senior United States District Judge***
Copies sent to: _____

Document No.